HIRAM SMITH et al., Respondents, *v.* THE CITY OF ROCHESTER, Appellant.

(Argued January 25, 1887; decided February 8, 1887.)

*Ivan Powers* for appellant.

*Theodore Bacon* for respondents.

Agree to affirm; no opinion.
All occur.
Judgment affirmed.